UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DANA KEITH WOODS, | JUDGMENT IN A CIVIL CASE |
|     Petitioner, | |
| vs. | |
| MICHAEL PARRIS, | CASE NO: 15-1207-STA-egb |
|     Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying § 2254 Petition, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on September 12, 2018, the Amended Petition is DENIED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 09/13/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk